AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Hugh Jones, Jr., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   0:19-cv-01860-HMH |
| | ) | |
| D. Garcia; Jade Lloyd; Reginal Perkins; Ms. Regina D. Bradley, | ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, Hugh Jones, Jr., shall take nothing of the defendants, D. Garcia, Jade Lloyd, Reginal Perkins, and Ms. Regina D. Bradley, and this action is dismissed with prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Henry M. Herlong, Jr., Senior United States District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date:  August 19, 2020                                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                           s/M.McDonnell
                                                                                          _____
                                                                                          *Signature of Clerk or Deputy Clerk*